UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVIE L. JONES,

       Plaintiff,

                                      File no: 1:15-CV-1212

v.

                                       HON. ROBERT J. JONKER

UNKNOWN COLLINS, et al.,

       Defendants.
                                /

**ORDER APPROVING MAGISTRATE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 3, 2017 (ECF No. 32). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 32) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 10) is **GRANTED** with respect to the official capacity claims asserted against defendants Collins and Anderson and **DENIED** in all other respects.

Date:    March 23, 2017                     /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE